| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Todd M. Friedman (SBN 216752)<br>Adrian R. Bacon (SBN 280332)<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA 91367<br>Phone: 323-306-4234<br>tfriedman@toddflaw.com<br>abacon@toddflaw.com<br>ATTORNEY(S) FOR: Plaintiff, DAVE VACCARO | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE VACCARO, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br>v.<br>ALBERTSONS COMPANIES, INC., and DOES 1 through 10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-04990<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____DAVE VACCARO_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| DAVE VACCARO | PLAINTIFF |
| ALBERTSONS COMPANIES, INC. | DEFENDANT |

| | |
|---|---|
| June 18, 2021 | /s/ Todd M. Friedman |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff, DAVE VACCARO

CV-30 (05/13)                                           NOTICE OF INTERESTED PARTIES