Name and address:
Eric J. Troutman
Squire Patton Boggs (US) LLP
555 So. Flower Street, Suite 3100
Los Angeles, CA 90071
eric.troutman@squirepb.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE VACCARO | CASE NUMBER |
| | 2:21-cv-04990-FLA-GJS |
| Plaintiff(s) | |
| v. | |
| ALBERTSONS COMPANIES, INC., and DOES 1 through 10, inclusive | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [13] [15] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

McDaniel, Petrina A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Squire Patton Boggs (US) LLP
1230 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
*Firm/Agency Name & Address*

(678) 272-3207     (678) 272-3211
*Telephone Number    Fax Number*

petrina.mcdaniel@squirepb.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of
Defendant ALBERTSONS COMPANIES, INC.
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Troutman, Eric J.
*Designee's Name (Last Name, First Name & Middle Initial)*

of Squire Patton Boggs (US) LLP
555 So. Flower Street, Suite 3100
Los Angeles, California 90071
*Firm/Agency Name & Address*

229263     (213) 624-2500     (213) 623-4581
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

eric.troutman@squirepb.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   July 21, 2021

/s/ Fernando L. Aenlle-Rocha
FERNANDO L. AENLLE-ROCHA
U.S. District Judge

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1